**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SAPPHIRE CROSSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-00296-MN-CJB |
| v. | |
| **RYDOO INC.,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

**STIPULATION AND PROPOSED ORDER**

**TO EXTEND TIME TO ANSWER THE COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Sapphire Crossing LLC, subject to the approval of the Court, that Defendant Rydoo Inc.'s time to answer, move or otherwise respond to the First Amended Complaint in this action shall be extended an additional thirty (30) days, up to and including May 20, 2021.

The reason for this extension is to allow Defendant additional time to investigate the allegations set forth in the First Amended Complaint, and to consider an appropriate answer. No party will be prejudiced by this extension of time.

| | |
|---|---|
| Dated: April 14, 2021 | Respectfully submitted, |
| | CHONG LAW FIRM PA |
| | */s/ Jimmy Chong* <br> Jimmy Chong (#4839) <br> 2961 Centerville Road, Suite 350 <br> Wilmington, DE 19808 <br> Telephone: (302) 999-9480 <br> Facsimile: (877) 796-4627 <br> Email: chong@chonglawfirm.com |
| | ATTORNEY FOR PLAINTIFF |

SO ORDERED this _____ day of April, 2021.

                                                          _____
                                                          UNITED STATE DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on April 14, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                              */s/ Jimmy Chong*_____
                                                              Jimmy Chong (#4839)